UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID IAN LEHRFELD, individual and dba Quadrasphere, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT EDGEMONTI, et al.,<br><br>Defendants. | No. 2:18-cv-1755 MCE DB PS<br><br>ORDER |

Defendants Robert Edgemonti and Donna Rae Edgemonti are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). This matter is set for a Status (Pretrial Scheduling) Conference on November 30, 2018. (ECF No. 12.)

However, on November 16, 2018, plaintiff filed a status report. (ECF No. 13.) Therein, plaintiff requests leave to file a motion to remand as "[j]urisdiction is rightfully with the Sacramento County Syperior (sic) court[.]" (Id. at 2.) Jurisdiction is a threshold inquiry that must precede the adjudication of any case before the district court. Morongo Band of Mission Indians v. Cal. State Bd. of Equalization, 858 F.2d 1376, 1380 (9th Cir. 1988).

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The November 30, 2018 Status (Pretrial Scheduling) Conference is vacated;

2. Plaintiff's request for leave to file a motion to remand is granted;

3. Plaintiff shall file a motion to remand within twenty-eight days of the date of this order; and

4. The October 17, 2018 order to show cause issued to plaintiff is discharged.

Dated: November 26, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\lehrfeld1755.vacate.ossc

2