UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID IAN LEHRFELD, individual and dba Quadrasphere, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT EDGEMONTI, et al.,<br><br>Defendants. | No. 2:18-cv-1755 MCE DB PS<br><br>ORDER |

Defendants Robert Edgemonti and Donna Rae Edgemonti are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Noticed for hearing before the undersigned on February 1, 2019, is defendants' motion seeking an order removing plaintiffs' attorney from this action and staying these proceedings. (ECF No. 18.) And noticed for hearing before the undersigned on February 8, 2019, is plaintiff's motion to remand. (ECF No. 21.)

However, on January 3, 2019, and January 7, 2019, plaintiff filed ex parte motions to continue the hearing of defendants' motion from February 1, 2019, to March 1, 2019. (ECF Nos. 24 & 26.) Therein, plaintiff argues that plaintiff's motion to remand "must be heard prior to

////

////

1

Defendants's (sic) Motion to Disqualify[.]"[1] (ECF No. 24 at 2.) It is true that jurisdiction is a threshold inquiry that must precede the adjudication of any case before the district court. Morongo Band of Mission Indians v. Cal. State Bd. of Equalization, 858 F.2d 1376, 1380 (9th Cir. 1988). However, hearing defendants' motion is not the same as an adjudication.

Nonetheless, plaintiff also asserts that plaintiff's counsel will be "unavailable and out of the country from January 25, 2019 through February 6, 2019." (ECF No. 24 at 2.) The undersigned finds that this constitutes good cause to continue the hearing of defendants' motion to March 1, 2019. However, for purposes of judicial efficiency, the undersigned will also continue the hearing of plaintiff's motion to remand to March 1, 2019.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 3, 2019, (ECF No. 24), and January 7, 2019, (ECF No. 26), motions to continue are granted;

2. The February 1, 2019 hearing of defendants' motion (ECF No. 18) is continued to **Friday, March 1, 2019, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

3. The February 8, 2019 hearing of plaintiff's motion to remand (ECF No. 21) is also continued to **Friday, March 1, 2019, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned; and

4. The parties are reminded that pursuant to Local Rule 230, any opposition to these motions shall be filed on or before **February 15, 2019**, and any reply must be filed on or before **February 22, 2019.**

Dated: January 18, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\lehrfeld1755.mot.cont.hrg.grnt

---

[1] Defendants filed an opposition to plaintiff's motion to continue on January 9, 2019. (ECF No. 27.)

2