1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID IAN LEHRFELD, individual and          No.  2:18-cv-1755 MCE DB PS
     dba Quadrasphere, LLC,
12
                     Plaintiff,                   ORDER
13

14        v.

15   ROBERT EDGEMONTI, et al.,

16                   Defendants.

17

18        Defendants Robert Edgemonti and Donna Rae Edgemonti are proceeding in this action

19   pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and

20   28 U.S.C. § 636(b)(1).  On May 20, 2019, the undersigned issued finding and recommendations

21   recommending that this action be remanded.  (ECF No. 34.)

22        On June 11, 2019, defendants filed a motion for leave to file a sur-reply, along with a

23   proposed sur-reply, and noticed the motion for hearing before the undersigned on July 26, 2019.

24   (ECF No. 37.)  However, the undersigned finds that defendants' motion may be resolved without

25   a hearing pursuant to Local Rule 230(g).

26        The filing of a sur-reply is not authorized by the Federal Rules of Civil Procedure or the

27   Local Rules.  See Fed. R. Civ. P. 12; Local Rule 230.  Nonetheless, in light of defendants' pro se

28   status, the undersigned will grant defendants' motion for leave to file a sur-reply.

                                         1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' June 11, 2019 motion for leave to file a sur-reply (ECF No. 37) is granted; and

2. The July 26, 2019 hearing of defendants' motion is vacated.

DATED:  June 24, 2019                    /s/ DEBORAH BARNES
                                         UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\lehrfeld1755.sur.reply.ord