1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID IAN LEHRFELD, individual and        No.  2:18-cv-1755 MCE DB PS
     dba Quadrasphere, LLC,
12

13            Plaintiff,                        ORDER

14        v.

15   ROBERT EDGEMONTI, et al.,

16            Defendants.

17

18        Defendants are proceeding pro se with the above-entitled action.  The matter was referred

19   to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

20        On May 20, 2019, the Magistrate Judge filed Findings and Recommendations ("F&Rs")

21   herein which were served on all parties and which contained notice that any objections to the

22   F&Rs were to be filed within fourteen days.  ECF No. 34.  The time for filing objections has

23   expired, and Defendants have filed objections to the F&Rs.  ECF No. 35.

24        The Court has conducted a de novo review of the file and finds the F&Rs to be supported

25   by the record and by proper analysis.

26   ///

27   ///

28   ///

Accordingly, IT IS HEREBY ORDERED that:

1. The F&Rs filed May 20, 2019 (ECF No. 34) are ADOPTED in full;

2. Plaintiff's January 2, 2019 Motion to Remand (ECF No. 21) is GRANTED;

3. Defendants' Motion to Withdraw Plaintiff's Attorney and Stay this action (ECF No. 18) is DENIED without prejudice as moot; and

4. This action is REMANDED to the Sacramento County Superior Court.

IT IS SO ORDERED.

Dated: August 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

\lehrfeld1755.jo

2